# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

DAVID CHEATHAM,               §
                                 §
                                 §
        Plaintiff,              §     CASE NO.  5:20-CV-00136-RWS-CMC
                                 §
v.                                    §
                                 §
COMMISSIONER OF SOCIAL     §
SECURITY ADMINISTRATION,    §
                                 §
        Defendant.          §
                                 §

## ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  On February 7, 2022, the Magistrate Judge recommended Plaintiff's social security action be affirmed.  Docket No. 19.  Plaintiff, who is represented by counsel, did not file any objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **AFFIRMED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 3rd day of March, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE